# In the United States Court of Federal Claims

No. 10-269 C

(Filed July 7, 2010)

```
* * * * * * * * * * * * * * * * * * * * * *
ANNE PEARSE-HOCKER,              *
                                 *
            Plaintiff,           *
                                 *
      v.                         *
                                 *
THE UNITED STATES,               *
                                 *
            Defendant.           *
* * * * * * * * * * * * * * * * * * * * * *
```

## ORDER

      On June 25, 2010, defendant filed an Unopposed Motion to Notice a Third Party, Firelight Media, Inc., (Firelight) in this matter.  The defendant moves the court to issue a notice to Firelight, to appear, if it so desires, as a third party and assert whatever interest they may have in this action.   For good cause shown, it is hereby **ORDERED** that defendant's motion is **GRANTED**; and the Clerk's Office is directed to issue a **Notice** and **SERVE** the Notice Issued on Motion of Defendant, pursuant to RCFC 14(b)(4).

                                                                 s/Lynn J. Bush  
                                                                 LYNN J. BUSH  
                                                                  Judge